UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                              Plaintiff,<br><br>          -against-<br><br>ANTHONY PHILLIPS,<br><br>                              Defendant. | **ORDER**<br><br>22-cr-529-1 (ER) |

Ramos, D.J.:

    The hearing previously scheduled for August 15, 2023, at 11:30 AM is adjourned.

    It is SO ORDERED.

Dated:   August 14, 2023
           New York, New York

                                                                     Edgardo Ramos, U.S.D.J.