

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2023

**BY E-MAIL**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Anthony Phillips*, 22 Cr. 529 (ER)

Dear Judge Ramos:

The Government writes, with the consent of the defense, to request an adjournment of the violation of supervised release conference presently scheduled in the above-captioned case for October 12, 2023, at 3:30 p.m. It is the Government's understanding that the Probation Department has a full-day training scheduled for October 12, such that the defendant's assigned probation officer would not be able to attend the conference. Additionally, the Government has a conflicting court proceeding at that time. It is the Government's understanding that the Court is available for a rescheduled conference on October 17, 2023 at 2:30 p.m., which is convenient for the parties.

Accordingly, the Government respectfully requests that the October 12, 2023 conference be rescheduled for October 17, 2023 at 2:30 p.m.

The VOSR conference is adjourned to October 17, 2023 at 2:30 p.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  10/11/2023
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448